UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

                v.

FREDERICK SCOTT SALYER,

        Defendant.

_____/

CR. NO. S-10-061 LKK

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

        Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

        Appellant,

                v.

CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

        Appellee.

_____/

////

////

////

1  In re:

2  SK FOODS, L.P., a California
   limited partnership, et al.,

3
              Debtors.
4
   BRADLEY D. SHARP, Chapter 11
5  Trustee,

6             Appellant,

7                  v.                          CIV. NO. S-11-1840 LKK

8  SKF AVIATION, LLC, et al.,

9             Appellees.
   _____/

10
   In re:
11
   SK FOODS, L.P., a California
12 limited partnership, et al.,

13            Debtors.

14 BRADLEY D. SHARP, Chapter 11
   Trustee,

15
              Appellant,
16
                   v.                          CIV. NO. S-11-1841 LKK
17
   SCOTT SALYER, as trustee of
18 the Scott Salyer Revocable
   Trust, et al.,

19
              Appellees.
20 _____/
   In re:
21
   SK FOODS, L.P., a California
22 limited partnership, et al.,

23            Debtors.

24 ////

25 ////

26 ////

                                    2

1  BRADLEY D. SHARP, Chapter 11
   Trustee,

2
                Appellant,
3
                       v.                        CIV. NO. S-11-1842 LKK
4
   SSC FARMS 1, LLC, et al.,
5
                Appellees.
6  _____/
   In re:
7
   SK FOODS, L.P., a California
8  limited partnership, et al.,

9               Debtors.

10 BANK OF MONTREAL, as
   Administrative Agent, successor
11 by Assignment to Debtors SK Foods,
   L.P. and RHM Industrial
12 Specialty Foods, Inc, a
   California corporation, d/b/a
13 Colusa County Canning Co.,

14              Appellant,

15                     v.                         CIV. NO. S-11-1845 LKK

16 SCOTT SALYER, et al.,

17              Appellees.
   _____/
18 In re:

19 SK FOODS, L.P., a California
   limited partnership, et al.,
20
                Debtors.
21
   BANK OF MONTREAL, as
22 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
23 L.P. and RHM Industrial
   Specialty Foods, Inc, a
24 California corporation, d/b/a
   Colusa County Canning Co.,
25
                Appellant,
26

3

| | |
|---|---|
| 1                  v. | CIV. NO. S-11-1846 LKK |

```
 1                    v.                    CIV. NO. S-11-1846 LKK

 2   INTERNAL REVENUE SERVICE, et al.,

 3             Appellees.
     _____/
 4   In re:

 5   SK FOODS, L.P., a California
     limited partnership, et al.,
 6
               Debtors.
 7
     BANK OF MONTREAL, as
 8   Administrative Agent, successor
     by Assignment to Debtors SK Foods,
 9   L.P. and RHM Industrial
     Specialty Foods, Inc, a
10   California corporation, d/b/a
     Colusa County Canning Co.,              CIV. NO. S-11-1847 LKK
11
               Appellant,
12
                     v.
13
     CSSS, L.P.,
14
               Appellee.
15   _____/
     In re:
16
     SK FOODS, L.P., a California
17   limited partnership, et al.,

18             Debtors.

19   BANK OF MONTREAL, as
     Administrative Agent, successor
20   by Assignment to Debtors SK Foods,
     L.P. and RHM Industrial
21   Specialty Foods, Inc, a
     California corporation, d/b/a
22   Colusa County Canning Co.,              CIV. NO. S-11-1849 LKK

23             Appellant,

24                   v.

25   CALIFORNIA FRANCHISE TAX
     BOARD, et al.,
26
```

4

1                    Appellees.
   _____/
2  In re:

3  SK FOODS, L.P., a California
   limited partnership, et al.,
4
                     Debtors.
5
   BANK OF MONTREAL, as
6  Administrative Agent, successor
   by Assignment to Debtors SK Foods,
7  L.P. and RHM Industrial
   Specialty Foods, Inc, a
8  California corporation, d/b/a
   Colusa County Canning Co.,                    CIV. NO. S-11-1850 LKK
9
                     Appellant,
10
                        v.
11
   CALIFORNIA FRANCHISE TAX
12 BOARD, et al.,

13                   Appellees.
   _____/
14 In re:

15 SK FOODS, L.P., a California
   limited partnership, et al.,
16
                     Debtors.
17
   BANK OF MONTREAL, as
18 Administrative Agent, successor
   by Assignment to Debtors SK Foods,
19 L.P. and RHM Industrial
   Specialty Foods, Inc, a
20 California corporation, d/b/a
   Colusa County Canning Co.,                    CIV. NO. S-11-1853 LKK
21
                     Appellant,
22
                        v.
23
   CARY SCOTT COLLINS, et al.,
24
                     Appellees.
25 _____/

26 ////

                              5

```
 1  In re:

 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
            Debtors.
 4
    BANK OF MONTREAL, as
 5  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 6  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 7  California corporation, d/b/a
    Colusa County Canning Co.,          CIV. NO. S-11-1855 LKK
 8
            Appellant,
 9
                 v.
10
    CARY SCOTT COLLINS, et al.,
11
            Appellees.
12  _____/
    In re:
13
    SK FOODS, LP, a California
14  limited partnership, et al.,

15          Debtors.

16  BRADLEY D. SHARP, Chapter 11
    Trustee,
17
            Plaintiff,                   CIV. NO. S-11-2369 JAM
18
                 v.
19
    SKPM CORP., et al.,                  RELATED CASE ORDER
20
            Defendants.
21  _____/
```

Defendants in the above-captioned bankruptcy matter have filed a Notice of Related Cases.  On April 14, 2011, in light of the above-captioned criminal case, this court remanded several bankruptcy appeals with the instruction to issue a stay if "discovery from or testimony of Salyer or his criminal counsel is

1  reasonably necessary to dispose of a particular matter before the

2  Bankruptcy Court in the adversary proceedings." <u>Sharp v. SSC Farms</u>

3  <u>1, LLC (In re SK Foods, L.P.)</u>, 10 Civ. 1492 LKK, Dkt. No. 74 at p.5

4  (E.D. Cal. April 14, 2011).

5      The above-captioned bankruptcy matter appears to be related

6  to the above-captioned criminal case, as well as to the previously

7  related cases 2:10-CV-810, 2:10-CV-811, 2:10-CV-812, 2:10-CV-1492,

8  2:10-CV-1493,    2:10-CV-1496,    2:10-CV-1497,    2:10-CV-1498,

9  2:10-CV-1499,    2:10-CV-1500,    2:11-CV-1839,    2:11-CV-01840,

10  2:11-CV-1841,    2:11-CV-1842,    2:11-CV-1845,    2:11-CV-1846,

11  2:11-CV-1847,   2:11-CV-1849,   2:11-CV-1850,   2:11-CV-1853,   and

12  2:11-CV-1855.

13     Related cases are generally assigned to the judge presiding

14  over the case with the lowest number. <u>See</u> E.D. Cal. R. 123(c).

15  Accordingly the court ORDERS as follows:

16     1. The action denominated 11-CV-2369 JAM is REASSIGNED to

17  Senior Judge Lawrence K. Karlton for all further proceedings.

18     2. Henceforth, the caption on documents filed in the

19  reassigned case shall be shown as 11-CV-2369 LKK.

20     3. The Clerk of the Court shall make appropriate adjustment

21  in the assignment of civil cases to compensate for this

22  reassignment.

23     IT IS SO ORDERED.

24     DATED:  September 13, 2011.

25

26
                                          _____
                                          LAWRENCE K. KARLTON
                            7             SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT