DEAN M. GLOSTER, State Bar No. 109313
MARK D. PETERSEN, State Bar No. 111956
KELLY A. WOODRUFF, State Bar No. 160235
FARELLA BRAUN + MARTEL, LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94014
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dgloster@fbm.com
mpetersen@fbm.com
kwoodruff@fbm.com

Counsel for Defendants Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust, SKPM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC Farms III, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>FRED SAYLER IRREVOCABLE TRUST, *et al.*,<br><br>Defendants.<br><br>*[Caption continued on next pages]* | Civ. No. S-11-1839 LKK<br><br>Bankruptcy Adv. Proc. No. 10-02017 |

-1-

Substitution of Counsel and Order Thereon
27019\2757743.1

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>SKF AVIATION, LLC, *et al*.,<br><br>   Defendants. | Civ. No. S-11-1840 LKK<br><br>Bankruptcy Adv. Proc. No.  10-02016 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>SCOTT SALYER, as trustee of the Scott Salyer Revocable Trust, *et al*.,<br><br>   Defendants. | Civ. No. S-11-1841 LKK<br><br>Bankruptcy Adv. Proc. No.  10-02014 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>   Debtors.<br><br>BRADLEY SHARP, Chapter 11 Trustee,<br><br>   Plaintiff,<br><br>v.<br><br>SSC FARMS 1, LLC, *et al*., <br><br>   Defendants. | Civ. No. S-11-1842 LKK<br><br>Bankruptcy Adv. Proc. No.  09-02692 |

Substitution of Counsel and  Order Thereon
27019\2757743.1

| | |
|---|---|
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1845 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 10-02015 |
| Appellant, | |
| v. | |
| SCOTT SALYER, *et al.*, | |
| Appellees. | |
| In re: | |
| SK Foods, L.P., a California limited partnership, *et al.*, | |
| Debtors. | Civ. No. S-11-1847 LKK |
| BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc., | Bankruptcy Adv. Proc. No. 09-02543 |
| Appellant, | |
| v. | |
| CSSS, L.P., | |
| Appellee. | |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1849 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>           Appellant,<br><br>v.<br><br>CALIFORNIA FRANCHISE TAX BOARD, *et al.*,<br><br>           Appellees. | Civ. No. S-11-1850 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02339 |

| | |
|---|---|
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>            Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1853 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02340 |
| In re:<br><br>SK Foods, L.P., a California limited partnership, *et al.*,<br><br>             Debtors.<br><br>BANK OF MONTREAL, as Administrative Agent, successor by Assignment to Debtors SK Foods, L.P. and RHM Industrial Specialty Foods, Inc.,<br><br>            Appellant,<br><br>v.<br><br>CARY SCOTT COLLINS, *et al.*,<br><br>            Appellees. | Civ. No. S-11-1855 LKK<br><br>Bankruptcy Adv. Proc. No. 11-02340 |

**SUBSTITUTION OF COUNSEL AND ORDER THEREON**

Pursuant to Eastern District Local Rule 182(g), Scott Salyer, in his individual capacity and as trustee of the Scott Salyer Revocable Trust, substitute Farella Braun + Martel, LLP as their attorney of record, in place of Felderstein Fitzgerald Willoughby & Pascuzzi LLP and Segal &

Kirby in the above-captioned matter.

Pursuant to Eastern District Local Rule 182(g), Defendants SKPM Corp., SK Foods, LLC, SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula Farms, CSSS, LP, SKF Aviation, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC, SSC Farms II, LLC and SSC Farms III, LLC hereby substitute Farella Braun + Martel, LLP as their attorney of record, in place of Nageley Meredith & Miller, Inc. in the above-captioned matter.

Dated:  September 9, 2011

_____/s/ Scott Salyer_____
SCOTT SALYER

Dated:  September 9, 2011             SCOTT SALYER REVOCABLE TRUST


By:__/s/ Scott Salyer_____
    SCOTT SALYER, TRUSTEE

Dated:  September 9, 2011             SK PM CORP., SK FOODS, LLC, SKF CANNING, LLC, SKF AVIATION, LLC and BLACKSTONE RANCH CORPORATION


By:__/s/ Scott Salyer_____
    SCOTT SALYER

Dated:  September 9, 2011             MONTEREY PENINSULA FARMS, SK FROZEN FOODS, LLC, CSSS, LP, SALYER MANAGEMENT COMPANY, LLC, SK FARMS SERVICES, LLC, SS FARMS, LLC, SSC FARMING, LLC, SSC FARMS I, LLC, SSC FARMS II, LLC and SSC FARMS III, LLC


By:__/s/ Robert Pruett_____
    ROBERT PRUETT, MANAGER

The above substitution is hereby accepted.

Dated: September 9, 2011         FELDERSTEIN FITZGERALD
                                 WILLOUGHBY & PASCUZZI LLP


                                 By: /s/ Paul J. Pascuzzi
                                     PAUL J. PASCUZZI


Dated: September 9, 2011         SEGAL & KIRBY


                                 By: /s/ Malcom S. Segal
                                     MALCOM S. SEGAL


Dated: September 9, 2011         NAGELEY MEREDITH & MILLER, INC.


                                 By: /s/ Andrea M. Miller
                                     ANDREA M. MILLER



Farella Braun + Martel LLP hereby consents to the above substitution.

Dated: September 9, 2011         FARELLA BRAUN & MARTEL LLP


                                 By: /s/ Kelly A. Woodruff
                                     KELLY A. WOODRUFF

IT IS SO ORDERED.

Dated: September 16, 2011


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT