```
                      UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA


In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

         Appellant,

              v.                       CIV. NO. S-11-1839 LKK

FRED SALYER IRREVOCABLE
TRUST,

         Appellee.
                                    /
In re:

SK FOODS, L.P., a California
limited partnership, et al.,

         Debtors.

BRADLEY D. SHARP, Chapter 11
Trustee,

         Appellant,

              v.                       CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

         Appellees.
                                    /
```

```
 1  In re:
 2  SK FOODS, L.P., a California
    limited partnership, et al.,
 3
              Debtors.
 4
    BRADLEY D. SHARP, Chapter 11
 5  Trustee,
 6            Appellant,
 7                v.                          CIV. NO. S-11-1841 LKK
 8  SCOTT SALYER, as trustee of
    the Scott Salyer Revocable
 9  Trust, et al.,
10            Appellees.
    _____/
11  In re:
12  SK FOODS, L.P., a California
    limited partnership, et al.,
13
              Debtors.
14
    BRADLEY D. SHARP, Chapter 11
15  Trustee,
16            Appellant,
17                v.                          CIV. NO. S-11-1842 LKK
18  SSC FARMS 1, LLC, et al.,
19            Appellees.
    _____/
20  In re:
21  SK FOODS, L.P., a California
    limited partnership, et al.,
22
              Debtors.
23
    BANK OF MONTREAL, as
24  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
25  L.P. and RHM Industrial
    Specialty Foods, Inc, a
26  California corporation, d/b/a
```

2

```
 1  Colusa County Canning Co.,

 2          Appellant,

 3              v.                              CIV. NO. S-11-1845 LKK

 4  SCOTT SALYER, et al.,

 5          Appellees.
    _____/
 6  In re:

 7  SK FOODS, L.P., a California
    limited partnership, et al.,
 8
            Debtors.
 9
    BANK OF MONTREAL, as
10  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
11  L.P. and RHM Industrial
    Specialty Foods, Inc, a
12  California corporation, d/b/a
    Colusa County Canning Co.,
13
            Appellant,
14
                v.                              CIV. NO. S-11-1846 LKK
15
    INTERNAL REVENUE SERVICE, et al.,
16
            Appellees.
17  _____/
    In re:
18
    SK FOODS, L.P., a California
19  limited partnership, et al.,

20          Debtors.

21  BANK OF MONTREAL, as
    Administrative Agent, successor
22  by Assignment to Debtors SK Foods,
    L.P. and RHM Industrial
23  Specialty Foods, Inc, a
    California corporation, d/b/a
24  Colusa County Canning Co.,                  CIV. NO. S-11-1847 LKK

25          Appellant,

26              v.
```

```
 1  CSSS, L.P.,
 2          Appellee.
    _____/
 3  In re:
 4  SK FOODS, L.P., a California
    limited partnership, et al.,
 5
            Debtors.
 6
    BANK OF MONTREAL, as
 7  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
 8  L.P. and RHM Industrial
    Specialty Foods, Inc, a
 9  California corporation, d/b/a
    Colusa County Canning Co.,            CIV. NO. S-11-1849 LKK
10
            Appellant,
11
                v.
12
    CALIFORNIA FRANCHISE TAX
13  BOARD, et al.,
14          Appellees.
    _____/
15  In re:
16  SK FOODS, L.P., a California
    limited partnership, et al.,
17
            Debtors.
18
    BANK OF MONTREAL, as
19  Administrative Agent, successor
    by Assignment to Debtors SK Foods,
20  L.P. and RHM Industrial
    Specialty Foods, Inc, a
21  California corporation, d/b/a
    Colusa County Canning Co.,            CIV. NO. S-11-1850 LKK
22
            Appellant,
23
                v.
24
    CALIFORNIA FRANCHISE TAX
25  BOARD, et al.,
26          Appellees.
```

_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,         CIV. NO. S-11-1853 LKK

       Appellant,

          v.

CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

In re:

SK FOODS, L.P., a California
limited partnership, et al.,

       Debtors.

BANK OF MONTREAL, as
Administrative Agent, successor
by Assignment to Debtors SK Foods,
L.P. and RHM Industrial
Specialty Foods, Inc, a
California corporation, d/b/a
Colusa County Canning Co.,         CIV. NO. S-11-1855 LKK

       Appellant,

          v.                           O R D E R

CARY SCOTT COLLINS, et al.,

       Appellees.
_____/

////

The hearing on this appeal is hereby re-scheduled for April 23, 2012 at 10:00 a.m.

The parties are advised that Frederick Scott Salyer has entered a plea of guilty, <u>U.S. v. Salyer</u>, 10 Cr. 61 (March 23, 2012), and that a contested sentencing hearing is currently scheduled for July 10, 2012.

Appellees shall therefore file a letter with this court no later than seven days from the date of this order advising this court whether they still require a stay of the bankruptcy court proceedings, in light of the guilty plea.  The letter shall be no longer than two pages in length, and shall only advise the court, and shall not argue, re-argue or supplement their appeal papers.

Appellant (the Trustee), may file a responsive letter, no later than seven days from the date of appellees' letter, which shall be subject to the same constraints as were imposed on appellees.

IT IS SO ORDERED.

DATED:  March 26, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT