UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

         v.                       CR. NO. S-10-061 LKK

FREDERICK SCOTT SALYER,

      Defendant.
_____/
In re:

SK FOODS, L.P., a California
limited partnership,

      Debtors.
_____/
BRADLEY D. SHARP, et al.,

      Plaintiffs,

         v.                       CIV. NO. S-11-1840 LKK

SKF AVIATION, LLC, et al.,

      Defendants.
_____/

////

////

////

IN RE:

SK FOODS, L.P., a California
limited partnership,

          Debtors.
_____/
BRADLEY D. SHARP, et al.,

          Plaintiffs,

               v.                    CIV. NO. S-11-1841 LKK

SCOTT SALYER, as trustee of
the Scott Salyer Revocable
Trust, et al.,

          Defendants.
_____/
IN RE:

SK FOODS, L.P., a California
limited partnership,

          Debtors.
_____/
BRADLEY D. SHARP, et al.,

          Plaintiffs,

               v.                    CIV. NO. S-11-1842 LKK

SSC FARMS 1, LLC, et al.,

          Defendants.
_____/
IN RE:

SK FOODS, L.P.,

          Debtor.

SCOTT SALYER,
                                     CIV. NO. S-10-3467 LKK
          Plaintiff,

               v.
SK FOODS, LP,

          Defendants.
_____/

IN RE:

SK FOODS, L.P.,

     Debtor.

NAGELEY, MEREDITH & MILLER, INC.,

     Appellant,               CIV. NO. S.12-0940 JAM

          v.

BRADLEY D. SHARP, et al.,          O R D E R

     Appellee.

_____/

    The court is in receipt of a notice that <u>Nageley, Meredith & Miller, Inc. v. Sharp (In re SK Foods, L.P.)</u>, Civ. No. S. 12-940 JAM, is related to <u>In re SK Foods, L.P.</u>, Civ. No. S. 10-3467 LKK, <u>Sharp v. SKF Aviation, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1840 LKK, <u>Sharp v. Salyer (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1841 LKK, and <u>Sharp v. SSC Farms I, LLC (In re SK Foods, L.P.)</u>, Civ. No. S. 11-1842 LKK.

    Examination of the cases shows that Civ. No. S.12-940 JAM is not related to the other cases, in the sense contemplated by E.D. Cal. R. 123(c), as this case is a collateral matter not apparently related to the issues involved in the other cases.

    The court therefore **DECLINES** to relate them.

    IT IS SO ORDERED.

    DATED:  May 1, 2012.

                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT